IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **SUPERIOR HOME HEALTH SERVICES, LLC,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 1:17-cv-00195 |
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY** AND **ELIZABETH ORTIZ** | § § § § | |
| *Defendants*. | § | |

## PLAINTIFF'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff, SUPERIOR HOME HEALTH SERVICES, LLC (Plaintiff), and files this Stipulation of Dismissal without Prejudice.

1. Plaintiff is Superior Home Health Services, LLC. Defendants are Philadelphia Indemnity Insurance Company and Elizabeth Ortiz.

2. On August 31, 2017, Plaintiff sued Defendant.

3. Plaintiff moves to dismiss this lawsuit in its entirety without prejudice.

4. This case is not a class action under Federal Rules of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

8. This dismissal is without prejudice.

Respectfully submitted,

*M. K. Whyte*

Marc K. Whyte
State Bar No. 24056526
mwhyte@whytepllc.com
"Attorney-In-Charge"
     **OF**
**WHYTE PLLC**
1045 Cheever Blvd., Suite 103
San Antonio, Texas 78217
Telephone:   (210) 562-2888
Facsimile:   (210) 562-2873

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 30 day or April, 2018, I mailed the above pleading to the clerk of court for the U.S. District Court, Southern District of Texas, Fort Worth Division so it may be filed and served the following counsel in accordance with the Federal Rules of Civil Procedure:

William R. Pilat
Andrew J. Mihalick
Kane Russell Coleman Logan PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
Telephone (713) 425-7400
Facsimile (713) 425-7700

_/s/ M. K. Whyte_
Marc Whyte
State Bar No. 24056526